CLAYTON SIMMS (8321)
Attorney for Defendant
Clayton Simms, LLC
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: 801.359.0404
Fax: 801.534.1948
clayton@claytonsimms.com

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ROBLE ABDINOOR,<br><br>Defendant. | Case No. 2:22-CR-00295<br><br>**MOTION TO OPT OUT OF IN-PERSON HEARING**<br><br>MAGISTRATE DUSTIN B. PEAD<br>U.S. DISTRICT COURT |

The Defendant, ROBLE ABDINOOR, through his attorney, Clayton Simms, and The United States of America ("United States"), with stipulation of Assistant United States Attorney, Seth Nielson, hereby file a motion to opt-out of an in-person hearing in light of the health concerns associated with COVID-19 cases in the District of Utah and the court's General Orders related to them and the Coronavirus Aid, Relief, and Economic Security Act ("CARES") Act. The parties respectfully ask the court to proceed via Zoom for Mr. Abdinoor's portion of the

hearing on September 22, 2022.  Defendant's attorney Clayton Simms will appear in-person for the hearing.

    RESPECTFULLY SUBMITTED this the 21st day of September 2022.

                                      */s/ Clayton Simms*  
                                      CLAYTON SIMMS  
                                      Attorney for Defendant

## CERTIFICATE OF DELIVERY

On this the 21st day of September 2022, I delivered, via electronic filing delivery, a true and correct copy of the foregoing Motion by electronic means to:

United States Attorney

111 South Main Street, Suite 1800

Salt Lake City, Utah 84111


/s/Clayton Simms


_____