TRINA A. HIGGINS, United States Attorney (#7349)
SETH NIELSEN, Assistant United States Attorney (#13823)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00295 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO RECALL THE WARRANT |
| ROBLE ABDINOOR, | Judge Ted Stewart |
| Defendant. | |

The United States, by and through the undersigned Assistant United States Attorney, hereby submits this Motion to Recall the Warrant. This motion is based on the following:

The warrant was requested in error. The United States does not request a warrant at this time and is requesting a summons.

DATED this 24th day of January, 2025.

                                        TRINA A. HIGGINS
                                        United States Attorney

                                        /s/ Seth Nielsen
                                        SETH NIELSEN
                                        Assistant United States Attorney