FELICE JOHN VITI, Acting United States Attorney (#7007)
SETH NIELSEN, Assistant United States Attorney (#13823)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00295 TS |
|---|---|
| Plaintiff, | STATEMENT BY DEFENDANT IN ADVANCE OF PLEA OF GUILTY AND PLEA AGREEMENT |
| vs. | |
| ROBLE ABDINOOR, | |
| Defendant. | Judge Ted Stewart |

    I hereby acknowledge and certify that I have been advised of and that I understand the following facts and rights, and that I have had the assistance of counsel in reviewing, explaining, and entering into this agreement:

    1.    As part of this agreement with the United States of America, I intend to plead guilty to Count 1 of the Felony Information. My attorney has explained the nature of the charges against me, and I have had an opportunity to discuss the nature of the charges with my attorney. I understand the charges and what the United States is required to prove to convict me. The elements of Count 1, 18 U.S.C. § 4, Misprison of Felony, are:

> *First*: a federal felony was committed, to wit, possession of "bath salts" (α-Pyrrolidinohexanophenone (α-PHP)) with intent to distribute;
>
> *Second*: the defendant had knowledge of the commission of that felony;
>
> *Third*: the defendant failed to notify a law enforcement authority as soon as possible;
>
> *Fourth*: the defendant did an affirmative act, as charged, to conceal the crime.

2. I know that the maximum possible penalty provided by law for Count 1 of the Felony Information, a violation of 18 U.S.C. § 4, is a term of imprisonment of three years, a fine of $250,000, a term of supervised release of three years, and any applicable forfeiture. I understand that if I violate a term or condition of supervised release, I can be returned to prison for the length of time provided in 18 U.S.C. § 3583(e)(3).

  a. Additionally, I know the Court is required to impose an assessment in the amount of $100 for each offense of conviction, pursuant to 18 U.S.C. § 3013.

  b. I understand that, if I am not a United States citizen, I may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

3. I know that the sentencing procedures in this case and the ultimate sentence will be determined pursuant to 18 U.S.C. § 3553(a), and that the Court must consider, but is not bound by, the United States Sentencing Guidelines, in determining my sentence. I have discussed these procedures with my attorney. I also know that the final calculation of my sentence by the Court may differ from any calculation the United States, my attorney, or I may have made, and I will not be able to withdraw my plea if this occurs.

4. I know that I can be represented by an attorney at every stage of the proceeding, and I know that if I cannot afford an attorney, one will be appointed to represent me.

5. I know that I have a right to plead "Not Guilty" or maintain my earlier plea of "Not Guilty" and can have a trial on the charges against me.

6. I know that I have a right to a trial by jury, and I know that if I stand trial by a jury:

  a. I have a right to the assistance of counsel at every stage of the proceeding.

  b. I have a right to see and observe the witnesses who testify against me.

  c. My attorney can cross-examine all witnesses who testify against me.

  d. I have the right to testify and present evidence, to call witnesses to testify at trial, and I can obtain subpoenas to require the attendance and testimony of those witnesses. If I cannot afford to pay for the appearance of a witness and mileage fees, the United States will pay them.

  e. I cannot be forced to incriminate myself, and I do not have to testify at any trial.

      f. If I do not want to testify, the jury will be told that no inference adverse to me may be drawn from my election not to testify.

      g. The United States must prove each and every element of the offense charged against me beyond a reasonable doubt.

      h. It requires a unanimous verdict of a jury to convict me.

      i. If I were to be convicted, I could appeal, and if I could not afford to appeal, the United States would pay the costs of the appeal, including the services of appointed counsel.

    7. If I plead guilty, I will not have a trial of any kind.

    8. I know that 18 U.S.C. § 3742(a) sets forth the circumstances under which I may appeal my sentence. However, fully understanding my right to appeal my sentence, and in consideration of the concessions and/or commitments made by the United States in this plea agreement, I knowingly, voluntarily and expressly waive my right to appeal as set forth in paragraph 12 below.

    9. I know that 18 U.S.C. § 3742(b) sets forth the circumstances under which the United States may appeal my sentence.

    10. I know that under a plea of guilty the judge may ask me questions under oath about the offense. The questions, if asked on the record and in the presence of counsel, must be answered truthfully and, if I give false answers, I can be prosecuted for perjury.

11.  I stipulate and agree that the following facts accurately describe my conduct. These facts provide a basis for the Court to accept my guilty plea:

In July of 2022, knowing that another individual shipped packages of "bath salts" (α-Pyrrolidinohexanophenone (α-PHP)) to my address in Seattle, Washington, and knowing that they were destined to be delivered to and distributed in the District of Utah, I concealed the crime by hiding those "bath salts" from law enforcement and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States. Those "bath salts" were, in fact, picked up by another and then transported to the District to Utah where they were distributed for profit. The possession with intent to distribute, and actual distribution, of α-PHP is a federal felony in violation of 21 U.S.C. § 841(a)(1) and α-PHP is a Schedule I substance as defined in 21 U.S.C. § 812. I admit and acknowledge that my conduct violated 18 U.S.C. § 4.

**Forfeiture**:

I admit that each of the items in Attachment A noted as belonging to myself, Smokers Haven, Lake City Auto Sales, LLC, or Smokers Haven LLC, is subject to forfeiture because each is either (i) proceeds of, (ii) traceable to proceeds of, (iii) property that facilitated, and/or (iv) property involved in or traceable to property involved in, my drug trafficking and/or money laundering offense.

12.  The only terms and conditions pertaining to this plea agreement between me and the United States are as follows:

  a. **Guilty Plea.** I will plead guilty to Count 1 of the Felony Information.

  b. **Dismissal of Counts.** The United States agrees to move for leave to dismiss Count 1 of the Superseding Indictment as it pertains to me at the time of sentencing.

  c. **Relevant Conduct.** I understand and agree that the Presentence Report may include descriptions of conduct I engaged in which either was not charged against me, will not be pleaded to by me, or both. I understand and agree that the Court may take these facts into consideration in sentencing.

  d. **Safety Valve.** If I meet all of the requirements, the United States agrees to recommend that I be given a two-level reduction under the safety valve or courier provision of § 5C1.2 of the Sentencing Guidelines. I understand that the Court need not follow the United States' recommendation. For purposes of applying the safety valve, I agree and understand that it is my responsibility to contact the United States in order to

4

meet the requirement under § 5C1.2 of truthfully providing to the United States all information I have regarding the offense or offenses that were part of the same course of conduct or a common scheme or plan.

  e. **Acceptance of Responsibility**. The United States agrees to recommend that my offense level under the U.S. Sentencing Guidelines be decreased by two levels for acceptance of responsibility pursuant to Sentencing Guideline § 3E1.1(a) if, in the opinion of the United States, I clearly demonstrate acceptance of responsibility for my offenses, up to and including at the time of sentencing, as set forth in § 3E1.1 of the Sentencing Guidelines. In addition, the United States agrees to move for an additional one-level reduction in the offense level, in accordance with Sentencing Guideline § 3E1.1(b), if I qualify for a two-level reduction under § 3E1.1(a) and the offense level is 16 or greater prior to receiving the two-level reduction.

  f. **Recommendation for probation**. The United States agrees to recommend at sentencing that I be sentenced to probation. The United States' agreement is based on the facts and circumstances currently known to the United States, including that I have performed well on pretrial release for several years. If additional facts regarding my history and characteristics or the nature and circumstances of my conduct are discovered prior to sentencing, the United States reserves the right to reconsider this recommendation. I understand that the Court is not bound by the United States' recommendation.

  g. **Appeal Waiver.**

  (1) Fully understanding my limited right to appeal my sentence, as explained above in paragraph 8, and in consideration of the concessions and/or commitments made by the United States in this plea agreement, I knowingly, voluntarily, and expressly waive my right to appeal any sentence imposed upon me, and the manner in which the sentence is determined, on any of the grounds set forth in 18 U.S.C. § 3742 or on any ground whatever, except I do not waive my right to appeal (1) a sentence above the maximum penalty provided in the statute of conviction as set forth in paragraph 2 above; and (2) a sentence above the high-end of the guideline range as determined by the district court at sentencing, or, in the event that no such determination is made by the district court, a sentence above the high-end of the guideline range as set forth in the final presentence report. I also knowingly, voluntarily, and expressly waive any argument (1) that the statute(s) to which I am pleading guilty is/are unconstitutional or (2) that my admitted conduct does not fall within the scope of the statute(s).

  (2) I also knowingly, voluntarily, and expressly waive my right to challenge my sentence, and the manner in which the sentence is determined, and my conviction, in any collateral review motion, writ or other procedure, including but not

5

limited to a motion brought under 28 U.S.C. § 2255, except on the issue of ineffective assistance of counsel. This waiver includes any motion for modification of my sentence under 18 U.S.C. § 3582(c)(2).

(3)  I understand that this waiver of my appeal and collateral review rights concerning my sentence shall not affect the United States' right to appeal my sentence pursuant to 18 U.S.C. § 3742(b). However, I understand that the United States agrees that if it appeals my sentence, I am released from my waiver.

(4)  I further understand and agree that the word "sentence" appearing throughout this waiver provision is being used broadly and applies to all aspects of the Court's sentencing authority, including, but not limited to: (1) sentencing determinations; (2) the imposition of imprisonment, fines, supervised release, probation, and any specific terms and conditions thereof; and (3) any orders of restitution.

(5)  Additionally, I waive all rights to appeal any issues regarding my right to presence and the validity of my remote appearance for this and any other hearings held in this matter.

h.  **Presentence Report and Financial Information.** I agree to provide truthful and complete information, including financial information, as requested by the probation office for the preparation of my presentence report and for determination of the conditions of my supervised release. I also consent to allowing the United States Attorney's Office to run a credit check on me. I consent to being placed on the Treasury Offset Program and State Finder.

i.  **Forfeiture.**

(a)  I agree to the administrative, civil, or criminal forfeiture to the United States of any property noted as subject to forfeiture in the indictment, information, bills of particulars, or seized or restrained in the investigation underlying the indictment or information, and will not contest, challenge, or appeal in any way such forfeiture, including the forfeiture of the property listed in Attachment A.

(b)  I acknowledge that this property is subject to forfeiture under 21 U.S.C. § 853(a) and/or 18 U.S.C. § 982(a)(1).

(c)  I consent to entry of any orders, judgments, or declarations of forfeiture regarding such property and waive the requirements (including notice of the forfeiture) of 19 U.S.C. §§ 1607-1609; 18 U.S.C. §§ 981, 983, and 985; the Code of Federal Regulations; and Rules 11 and 32.2 of the Federal Rules of Criminal Procedure.

    (d) I will not claim the property or oppose its forfeiture, nor help anyone else do so, and will testify truthfully in any forfeiture proceeding. As far as I know, no other third party has an interest in the property. I withdraw any previous administrative forfeiture claims and petitions for remission related to the property. I will not claim property sought for forfeiture from any other defendant in this case. I will sign any documents necessary to ensure that clear title to the property passes to the United States.

    (e) I waive any claims I may have against the government, its officers, employees, and agents regarding the seizure, forfeiture, storage, and disposal of the property.

    (f) I waive any constitutional or statutory challenges to the forfeiture, including that it is an excessive fine or punishment.

    (1) I waive any constitutional or statutory challenges to the forfeiture, including that it is an excessive fine or punishment.

  13. I understand and agree that this plea agreement is solely between me and the United States Attorney for the District of Utah and does not bind any other federal, state, or local prosecuting, administrative, or regulatory authorities.

  14. I understand that I have a right to ask the Court any questions I wish to ask concerning my rights about these proceedings and the plea.

* * * *

I make the following representations to the Court:

1. I am __44__ years of age. My education consists of __Some college__. I __(can)/cannot__ read and understand English.

2. This Statement in Advance contains all terms of the agreements between me and the United States; if there are exceptions, the Court will be specifically advised, on the record, at the time of my guilty plea of the additional terms. I understand the United States and I cannot have terms of this plea agreement that are not disclosed to the Court.

3. No one has made threats, promises, or representations to me that have caused me to plead guilty, other than the provisions set forth in this agreement.

4. Neither my attorney nor the United States has promised me that I would receive probation or any other form of leniency because of my plea.

5. I have discussed this case and this plea with my lawyer as much as I wish, and I have no additional questions.

6. I am satisfied with my lawyer.

7. My decision to enter this plea was made after full and careful thought; with the advice of counsel; and with a full understanding of my rights, the facts and circumstances of the case and the consequences of the plea. I was not under the influence of any drugs, medication, or intoxicants when I made the decision to enter the plea, and I am not now under the influence of any drugs, medication, or intoxicants.

8. I have no mental reservations concerning the plea.

9. I understand and agree to all the above. I know that I am free to change or delete anything contained in this statement. I do not wish to make changes to this agreement because I agree with the terms and all the statements are correct.

DATED this __9th__ day of __April__, __2025__

_____
ROBLE ABDINOOR
Defendant

I certify that I have discussed this plea agreement with the defendant, that I have fully explained his rights to him, and that I have assisted him in completing this written agreement. I believe that he is knowingly and voluntarily entering the plea with full knowledge of his legal rights and that there is a factual basis for the plea.

DATED this 9th day of April, 2025

CLAYTON SIMMS
Attorney for Defendant

I represent that all terms of the plea agreement between the defendant and the United States have been, or will be at the plea hearing, disclosed to the Court, and there are no undisclosed agreements between the defendant and the United States.

DATED this 9th day of April, 2025

FELICE JOHN VITI,
Acting United States Attorney

SETH NIELSEN
Assistant United States Attorney

# Attachment A

## BANK ACCOUNTS

- $8,536.86 seized from America First Credit Union in the name of Jaafar Altalibi account ending in 0588
- $555,317.46 seized from America First Credit Union in the name of Smoker's Haven LLC and Jaafar Altalibi account ending in 8666
- $1,187,627.40 seized from America First Credit Union in the name of Kusak Albaderi account ending in 8671
- $771.00 seized from Americas First Credit Union in the name of Smoker's Haven account ending in 8666
- $9,367.34 seized from Brighton Bank in the name of Lake City Auto Sales, LLC and Mountazar Altalibi account ending in 5670
- $577.43 seized from Brighton Bank in the name of Mountazar Altalibi account ending in 2032
- $28,556.00 seized from Wells Fargo Bank in the name of Jaafar Altalibi account ending in 5715

## VEHICLES

- 2013 Mazda 3, VIN#: JM1BL1TF7D1737377
- 2012 Hyundai Accent, VIN#: KMHCU5AE1CU018265
- 2014 Ford Explorer, VIN#: 1FM5K8F85EGC37167
- 2010 Chrysler Town & Country Van, VIN#: 2A4RR5D1XAR491255
- 2018 Chevrolet Malibu, VIN#: 1G1ZD5ST1JF121417
- 2016 Chevrolet Malibu, VIN#: 1G11E5SA9GF136720
- 2016 Nissan Versa, VIN#: 3N1CE2CP6GL373000
- 2015 Chrysler 200, VIN#: 1C3CCCBG8FN706701
- 2014 Dodge Dart, VIN#: 1C3CDFBB8ED824674
- 2015 Ford Fusion, VIN#: 3FA6P0D96FR294047
- 2005 Ford F-150, VIN#: 1FTRF12255NB37908
- 2017 Lexus GS350 VIN# JTHCZ1BL0HA007003 (Jaafar Altalibi)
- 2022 Cadillac Escalade VIN# 1GYS4FKL5NR284424 (Jaafar Altalibi)
- 2020 Mercedes Benz GLE VIN# 4JGFB5KB4LA262193
- 2017 Landrover Range Rover VIN# SALWR2FK3HA129580

### CASH/CURRENCY

- $4,360 in United States Currency
- $62,027.01 in United States Currency
- $92,714.55 in United States Currency (Jaafar Altalibi)
- $12,460 in United States Currency
- $8,206.33 in United States Currency (Jaafar Altalibi)
- $4,090 in United States Currency (Jaafar Altalibi)
- $2,604 in United States Currency
- $7,720 in United States Currency

### BUSINESSES

- Smokers Haven J, LLC (Jaafar Altalibi)
- Lake City Auto Sales, LLC

### JEWELRY/PURSES/WATCHES/HIGH END SHOES (Jaafar Altalibi)

- Men's Nike Air Jordan High Top Tennis Shoes, Blue/White, Men's Nike Air Jordan High Top Tennis Shoes, White/Yellow, Men's Nike Air Jordan High Top Tennis Shoes, White/Blue/Orange, Men's Nike Air Jordan High Top Tennis Shoes, White/Red, Men's Nike Air Jordan High Top Tennis Shoes, White/Red, Men's Nike Air Jordan High Top Tennis Shoes, White/Yellow, Men's Dior High Top Tennis Shoes, White/Grey/Black, Men's Nike Air Jordan High Top Tennis Shoes, Black/White, Men's Luis Vuitton High Top Tennis Shoes, Brown/White/Blue/Yellow, Women's Chanel Tennis Shoes, White/Black, Women's Nike Air Jordan Tennis Shoes, Brown/Black, Men's Nike Air Jordan Tennis Shoes, Brown/White, Women's Luis Vuitton Shoes, Brown, Women's Fendi Shoes, Brown/Black/White, Women's Prada Shoes, White, Women's Dior Shoes, White, Women's Fendi Shoes, Black/Brown, Women's Chanel Boots, Black/Yellow, with chain, Women's Luis Vuitton Shoes, Black/Brown/White, Women's Luis Vuitton Shoes, Black/Brown, Women's Chanel Furry Boots, Women's Jimmy Choo Shoes, White, Women's Luis Vuitton Shoes, Brown, Women's Jimmy Choo Shoes, Black/White, Women's Chanel Shoes, Tan/Black, Women's Luis Vuitton Shoes, Black, Women's Chanel Shoes, Brown/Black, Women's Luis Vuitton Shoes, Black/Brown, Women's Luis Vuitton Shoes, Brown, Women's Luis Vuitton Shoes, Brown/Black, Women's Chanel Shoes, White/Black, Women's Hermes Shoes, Black, Women's Luis Vuitton Shoes, Black/Yellos/White, Women's Luis Vuitton Shoes, Brown/Tan, Women's Dior Shoes, Black/White, Women's Luis Vuitton Shoes, White/Brown, Women's Luis Vuitton Shoes, Black/Brown, Women's Chanel Shoes Black/White, Women's Chanel Shoes, White/Black, Women's Luis Vuitton Shoes, Brown/Tan/Black, Women's Chanel Shoes, Women's Fendi Shoes, Tan/Pink, Women's

Luis Vuitton Shoes, Tan, Women's Luis Vuitton Shoes, Black/Brown, Women's Chanel Shoes, White/Black, Women's Fendi Shoes, Black/White, Women's Luis Vuitton Shoes, Black/Tan, Women's Nike Air Jordan Shoes, White/Brown/Black

**Aggregated Jewelry and Watches**

- Yasin Jeweler 18 gold bracelets, 2 gold necklaces, 1 gold stud earrings, 1 Hello Kitty earring, 1 gold ring, Smaller wooden box, containing 55 gold bracelets, 1 black/gold bracelet, 24 gold rings, 1 yellow/red, flex ring, 1 blk ring w/yellow stone, 13 gld necklaces, 1 pr gld earrings, 3 gld pins, 11 gld pendants, 1 yellow smiley bag, red box w/1 pr gld earrings,1 gld necklace, wht/red box w/1 diamond ring, 1 silver/diamond necklace,1 turq/gld necklace, Large wooden box w/ 9 gold necklaces, 15 gold bracelets,3 gold rings, 3 pair gold earrings, Breitling 1884 watch SN3366013, Women's Rolex Watch SN X9741838, in green box, Kanz box with 12 gold bracelets, Kahramana 1 gold necklace, QK Wooden Box with 5 gold necklaces, 1 gold bracelet, 9 gold earrings

**Aggregated PURSES**

- Blue Prada, Pink Dolce & Gabbana, White Dolce & Gabbana, Red Fendi, White/bamboo Gucci, Tan Dior, White/Grey Logo Gucci, Blue/white Dior, Blue Dior Small, Blue Dior Logo, Red Chanel , White Chanel, Tan Chanel, Teal Chanel, Black Chanel, Black Chanel small, Peach Chanel, Pink Chanel, Black/brown Louis Vuiton, Tan/Brown Louis Vuitton, Green/Tan Louis Vuitton, Green Louis Vuitton, Red/brown Louis Vuitton, Back fanny Louis Vuitton,  Black/tan round bag w/coin purse Louis Vuitton, Black/brown Louis Vuitton, Cream Louis Vuitton, Blue/white Louis Vuitton, Pink/white Louis Vuitton, Brown/tan/purple Louis Vuitton, Green/tan Louis Vuitton, Snakeskin multicolor Louis Vuitton, Tan/yellow Louis Vuitton

**Aggregated PURSES, LUGGAGE, BELTS** (Jaafar Altalibi)

- Pink Chanel Purse, Black Chanel Purse, Black/Tan Chanel Purse, Red Chanel Purse, Black Chanel Purse, Black Chanel Purse, Tan Chanel Purse, Green Chanel Purse, Teal Tweed Chanel Purse, Black Chanel Purse, Tan Chanel Purse, Red Chanel Purse, Black Chanel Purse, Black/White Chanel Purse, Black Chanel Purse with Circle Handle, White Chanel Purse with broken strap, Teal Chanel Purse, Red Chanel Purse, White Chanel Purse, Black Chanel Purse, Black/Brown Chanel Purse/Backpack, Black/Brown Chanel Purse, Black Chanel Purse, Pink Dior Purse, White Dior Purse, Tan Dior Purse, Black Dior Purse, Tan Dior Purse, Red Dior Purse, Burgundy Dior Purse, Black Dior Purse, Red Gucci Purse, Brown/Black Gucci Purse, Red Gucci Purse, Black Gucci LOVED Purse, Black/Green/Black Gucci Purse, Tan/Green/Black Gucci Purse, Black/Green/Black Gucci Purse, Tan/Green/Black Gucci Purse, Tan/Red/Black BEE Gucci Purse, Tan BEE Gucci Purse, White/Red/Blue/Pink BEE Gucci Purse, Black

Velvet Gucci Purse, Brown/Grey Gucci Purse, Brown/Grey Gucci Purse, White/Black/Red Gucci Purse, Black Gucci Wallet, White/Red/Blue BEE Wallet, Tan/Red/Green Gucci Duffle, Tan/Brown Gucci Suitcase, Blue/Tan Dior Purse, Pink Valentino Purse, Black/White Chanel Purse, Black/White Chloe Purse, Brown Burberry Purse, Black/Yellow YSL Purse, Tan YSL Purse, Brown YSL Purse, Brown Suede Fendi Purse, Brown/Gold Fendi Purse, Tan/Black Fendi Purse, Tan/Black Logo Fendi Purse, black/Red Hermes Purse, Tan Hermes Purse - Large, Tan/Brown Hermes Purse, White Hermes Purse - small, Brown Hermes Purse, Brown Hermes Wallet, Black Louis Vuitton Purse, Black/Grey Louis Vuitton Purse, Brown/Tan Louis Vuitton Purse, Brown Louis Vuitton Wallet, Brown Louis Vuitton Purse, White/Grey Louis Vuitton Purse, Brown/Black Louis Vuitton Wallet, Brown/Tan/Red Louis Vuitton Purse, Mona Lisa Louis Vuitton Purse, Brown/Tan Round Louis Vuitton Purse, White Louis Vuitton Purse, Black/Brown Mini Backpack w/Dog Louis Vuitton, Cream Louis Vuitton Purse, White/Grey Louis Vuitton Tote, Brown/Tan Louis Vuitton Diaper Bag, Brown/Tan Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton w/Pouch Purse, Brown/Pink Louis Vuitton w/Coin Purse, Brown/Tan Louis Vuitton Purse, Brown/Tan/Burgundy Louis Vuitton Purse, Brown Louis Vuitton Backpack, Brown/Tan Louis Vuitton Toiletry Bag, Brown/Tan Louis Vuitton Make Up Case, Brown/Tan/Gold Louis Vuitton Box, Brown/Tan Louis Vuitton Hat Box, Brown/Tan/Pink Louis Vuitton Purse, Black/White Louis Vuitton Purse, Brown/Tan Louis Vuitton Purse - Small, Brown/Black/Tan Louis Vuitton Purse, Brown/Tan Louis Vuitton - Small, Brown/Tan Louis Vuitton Round Purse, Brown/Tan/Black Louis Vuitton Purse, Black/Brown Louis Vuitton Box, Black/Brown Louis Vuitton Purse w/Key Chain, Black/Gold Louis Vuitton Clutch, Black/Gold Louis Vuitton Clutch, Brown/Brown Louis Vuitton Purse, Brown/Brown Louis Vuitton Purse - small, Pink/White Louis Vuitton Purse, Brown/Brown/Red Louis Vuitton Purse, Black/Red Louis Vuitton Flower Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse, Brown Louis Vuitton Purse - Nautical Theme, Brown/Brown Louis Vuitton Purse - Small, Brown/Metal Louis Vuitton Purse, Brown Louis Vuitton Sunglass Case w/Louis Vuitton Sunglasses, Brown/Tan Louis Vuitton Laptop Bag, Brown/Tan/Black Louis Vuitton Purse, Tan/Grey/Brown Louis Vuitton Purse, Brown Louis Vuitton Belt, Brown Gucci Belt, Black Louis Vuitton Belt, Brown/Black/Red Fendi Belt, Brown Louis Vuitton Tote - Large, Red Louis Vuitton Supreme Backpack, Brown Louis Vuitton Hat, Brown/Tan Louis Vuitton Briefcase, Grey/Black Louis Vuitton Bag w/Nike Shoes, Brown/Tan Louis Vuitton Bag w/Nike Shoes, Brown/Tan Louis Vuitton Bag w/Nike Shoes and Small Bag, Brown/Tan/Black/Red/Blue/White Louis Vuitton Bag w/Pouch, Brown Louis Vuitton Trunk w/Thermos, Brown/Tan Louis Vuitton Suitcase, Brown/Tan Louis Vuitton Watch Case, Brown Louis Vuitton Coin Purse inside orange box

### Aggregated HIGH VALUE JEWELRY (Jaafar Altalibi)

- Mignas 1 gold bracelet w/box, Four Gold Bracelets found inside one box, Shane Jewelers 13 gold bracelets found inside one box, Alsafa Jewelers 2 gold bracelets and 2 gold rings found in one box, Shan Jewelers 6 gold bracelets and 1 gold ring found in one box, Shane Jewelers 6 gold bracelets found inside one box, Shane Jewelers 1 gold necklace and 1 gold bracelet with box, Kishek 1 gold bracelet with box, Shane Jewelers 1 gold necklace, 1 pair of earrings with box, Kishek Jewelers 2 gold necklaces, 1 gold bracelet, 1 gold ring, 1 pair of gold earrings with box, Kishek Jewelers 2 gold necklaces, 1 gold bracelet, 1 gold ring, 2 pairs of gold earrings, with box, Shane Jewelers 1 gold belt, 1 gold necklace, two gold bracelets, with box, Reem Jewelry 3 gold necklaces, 1 gold bracelet, 1 gold ring, 1 pair gold earrings with box, Shane Jewelers 1 gold necklace, two gold bracelets, 1 pair gold earrings, with box, Shane Jewelers 2 pairs gold earrings with box, Shane Jewelers 3 gold bracelets, 3 gold rings, 4 pairs gold earrings, 1 gold pin, 5 gold pendants, Malabar Gold and diamonds, 2 gold bracelets, inside box, Kanz 2 gold bracelets, inside box, Kanz 12 gold bracelets inside box, Purple box with 6 gold/blue/white bracelets, Shane Jewelers 1 pair gold earrings, inside box, Red Box with 7 gold necklaces, Wood box with 3 gold necklaces, 1 gold bracelet, 3 pairs gold pair earrings and 1 gold ring, Red box with 1 gold necklace, 1 gold bracelet, 1 gold pair earrings, Red heart shaped box with 2 gold necklaces, 1 gold bracelet, 1 gold pair earrings, 1 Silver necklace with stone pendant in white fabric bag, Red box with 2 red and gold bracelets, Red box with 2 gold necklaces, 2 gold bracelets, 1 gold ring, 1 pair gold earrings, Luis Vuitton Box with 2 diamond rings, 3 Luis Vuitton gold bracelets, 5 gold/black bracelets, 1 silver Gucci ring, 1 silver chain, 1 gold barbwire bracelet, 1 diamond ring, 1 gold ring, 1 pair gold earrings, 1 gold necklace with stone pendant, 5 gold bracelets, 3 gold necklaces, 1 silver bracelet, Green Rolex Box with watch and 1 silver Tiffany ring, 1 gold barbwire bracelet, 1 Chanel gold bracelet, 1 Chanel gold necklace with dogtags, 1 gold ring, 7 gold necklaces, 1 silver necklace, 5 gold bracelets, two gold colored fiber cords, five silver coins, 3 U.S. Currency collectables, Richard Mille Mclaren 11-03M Watch, Roger Dubuis Horloger Genevios Excaliber Watch, Audemars Piguet Royal Oak Watch, Brietling 1884 Navitimer Watch, Audemars Piguet Royal Oak Watch, Rolex Watch master 2, silver/blue, Richard Mille Rm11-03rg Watch, Audemars Piguet Rayal Oak, offshore, watch, Brietlins for Bentley Watch, Gucci 17156456 Watch, Cartier 209409nx Watch, Audemar Piguet Royal Oak Watch, Michael Kors MK3398 Watch, Audemar Piguet Royal Oak offshore watch, Richard Mille RM-007 Watch, Women's Rolex 7220 Watch, Louis Vuitton 3atm watch, Michael Kors MK2249 Watch, Michael Kors MK4290 Watch, Burberry 1113 Watch, Citizen Watch 451021807, Bravado 14435988 Watch, Coach 1219 Watch, Robert Cavall 2L012 Watch, Michael Kors MK2378 Watch, Michael Kors MKT 5002 Watch, Samsung Galaxy IMEI xxxx5327 Watch, Chanel KN1277 Watch

**Aggregated HIGH VALUE PURSES**

- Black/brown Louis Vuitton Shoes, Brown/Black Louis Vuitton Shoes, Brown/White/Red Louis Vuitton Shoes, Black Chanel Bag, White Prada Bag, Brown/Tan Louis Vuitton, Dog Carrier, Black Large Chanel Bag, Brown Louis Vuitton Small Planner, Brown Louis Vuitton Wallet, Brown Vuitton Mini Backpack, Brown/Ta Louis Vuitton Backpack, Brown Louis Vuitton Bag w/stuffed dog, Brown/Tan Louis Vuitton Bag, Shane Co. box w/silver/blue ring

**REAL PROPERTY**

- 14248 S Canyon Vine Cove, Draper UT 84020 (Jaafar Altalibi)
- 8068 S Twelve Pines, Sandy UT 84094
- 5758 S Wasatch Blvd, Holladay UT 84121
- 5144 W Ticklegrass Rd, West Jordan UT 84081
- 4020 S West Temple Street, Murray UT 84017
- 4016 S West Temple Street, Murray UT 84107
- 977 W Brennan St, Bluffdale UT 84065